

## MEMORANDUM

**To:**        The Honorable Richard G. Stearns
              U.S. District Court Judge

**From:**    Nicole Monteiro
              U.S. Probation Officer

**Re:**        Jones, Jason
              Dkt. # 1:06CR10349
              <u>Satisfaction of Special Condition #2 – Mental Health Treatment</u>

**Date:**    October 24, 2017

---

On September 20, 2007, Mr. Jones appeared before Your Honor, having previously pled guilty to Felon in Possession of a Firearm and Ammunition. He was subsequently sentenced to 84 months custody of the Bureau of Prisons, to be followed by 36 months of supervised release.

On November 18, 20016, Mr. Jones' initial term of supervised release was revoked.  He was sentenced to 8 months custody of the Bureau of Prisons, to be followed by 24 months of supervised release.   The conditions imposed by the Court at sentencing included the following:

*The defendant is to participate in a mental health program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.*

Mr. Jones began his mental health treatment at South Bay in September of 2017, which included a mental health assessment. The treatment provider recommended no further treatment at this time.

Given Mr. Jones' successful completion of mental health treatment, the Probation Office respectfully suggests no further treatment is needed at this time. Therefore, the Probation Office considers Special Condition #2 to have been satisfied. If the Court concurs with this recommendation, it is respectfully requested that Your Honor affix your signature below.

Reviewed/Approved by:

/s/ Basil F. Cronin
Basil F. Cronin
Supervising U.S. Probation Officer

**THE COURT**

_____/____ I concur

_____ I disagree

_____
The Honorable Richard G. Stearns
U.S. District Court Judge

_____10-24-17_____
Date